UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

CHARLES BURTON,

   Plaintiff,

                                          CASE NO.: 5:17-CV-00212-DCR-REW

-vs-

CREDIT ONE BANK, N.A.,

   Defendant.
_____/

## NOTICE OF SETTLEMENT

    Plaintiff, Charles Burton, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via electronic mail on this 25th day of July, 2018 to: Danielle J. Lewis, Esquire, 730 West Main Street, Suite 300, Louisville, Kentucky 40202 (dlewis@reminger.com).

                                                 */s/Frank H. Kerney, III, Esquire*
                                                 Frank H. Kerney, III, Esquire
                                                 Florida Bar #: 88672
                                                 Morgan & Morgan, Tampa, P.A.
                                                 One Tampa City Center
                                                 201 North Franklin Street, 7th Floor
                                                 Tampa, FL 33602
                                                 Telephone: (813) 223-5505
                                                 Facsimile:  (813) 223-5402
                                                 fkerney@forthepeople.com
                                                 snazario@forthepeople.com
                                                 lrobbins@forthepeople.com
                                                 *Counsel for Plaintiff*