UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

CHARLES BURTON,

  Plaintiff,                             CASE NO.: 5:17-CV-00212-DCR-REW

-vs-

CREDIT ONE BANK, N.A.,

  Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the Plaintiff, Charles Burton, and the Defendant, Credit One Bank, N.A., and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 27th day of August, 2018.

| | |
|---|---|
| */s/Frank H. Kerney, III, Esquire* | */s/Danielle J. Lewis, Esquire* |
| Frank H. Kerney, III, Esquire | Danielle J. Lewis, Esquire |
| Florida Bar #: 88672 | Kentucky Bar #: 93802 |
| *Admitted Pro Hac Vice* | Reminger Co., LPA |
| Morgan & Morgan, Tampa, P.A. | 730 W. Main St., Suite 300 |
| One Tampa City Center | Louisville, KY 40202 |
| 201 North Franklin Street, 7th Floor | Telephone: (502) 584-1310 |
| Tampa, FL 33602 | Facsimile: (502) 589-536 |
| Telephone: (813) 223-5505 | dlewis@reminger.com |
| Facsimile:  (813) 223-5402 | *Counsel for Defendant* |
| fkerney@forthepeople.com | |
| snazario@forthepeople.com | |
| lrobbins@forthepeople.com | |
| *Counsel for Plaintiff* | |