UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| CHARLES BURTON, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5: 17-212-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| CREDIT ONE BANK, N.A., | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

*** *** *** ***

Plaintiff Charles Burton and Defendant Credit One Bank, N.A., by counsel, have filed a Joint Stipulation of Dismissal with Prejudice [Record No. 32], indicating that all issues in dispute have been resolved. Accordingly, it is hereby

**ORDERED** as follows:

1. The claims asserted in this action by Plaintiff Charles Burton against Defendant Credit One Bank, N.A., are **DISMISSED**, with prejudice.

2. This action is **DISMISSED** and **STRICKEN** from the Court's docket.

2. The parties shall be responsible for their respective costs, attorney's fees and expenses incurred in this proceeding.

Dated: August 27, 2018.



Signed By:
*Danny C. Reeves* DCR
United States District Judge